STATE OF NEW JERSEY v. DAMON TROY PUGH.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN FLEMMING.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. VICTOR OLIVERAS.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN HENRY ROSS.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JERRY LOCKHART.

November 1, 1988.

Petition for certification denied.